**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRUCE ALLEN SWENSON, | ) NO. CV 08-07829-MMM (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| BEN CURRY,, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 20, 2009

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE